No. 03–1476. McGregor v. Mineta, Secretary of Transportation. C. A. 11th Cir. Certiorari denied.

No. 03–1486. Northern Voyager Limited Partnership et al. v. United States. C. A. 1st Cir. Certiorari denied.

No. 03–1489. Carroll v. Potter, Postmaster General, et al. C. A. 3d Cir. Certiorari denied.

No. 03–1491. Thames Shipyard & Repair Co. v. United States. C. A. 1st Cir. Certiorari denied.

No. 03–1493. Doe v. United States. C. A. 8th Cir. Certiorari denied.

No. 03–1494. Jackson v. Department of Justice et al. C. A. D. C. Cir. Certiorari denied.

No. 03–1516. Wyatt et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 03–1539. King v. United States. C. A. 8th Cir. Certiorari denied.

No. 03–8444. Jennings v. United States. C. A. 2d Cir. Certiorari denied.

No. 03–8622. Harrington v. Northwest Airlines, Inc. Ct. App. Minn. Certiorari denied.

No. 03–8804. Conrod v. Moore et al. C. A. 5th Cir. Certiorari denied.

No. 03–8808. Jones v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 03–9167. Simpson v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 03–9274. Raby v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.